

# FRANKLIN COUNTY SHERIFF'S OFFICE

**Sheriff Dallas Baldwin**

Human Resources/Payroll

Plaintiff Exhibit 1

## MEMORANDUM

To: Deputy Natalie Augenstein

From: Sheriff Dallas L. Baldwin

Date: April 27, 2021

Subject: Removal from Service

This is to advise you that your employment is terminated effective April 28, 2021 for unsatisfactory performance and violations of rules, regulations and directives, during your probationary period.

Arrangements must be made with the Human Resources for turning in your uniform, identification card, keys, and any other items that belong to the office.

BY ORDER OF:

*[signature]*

Dallas L. Baldwin,
Franklin County Sheriff

cc: Chief Penny Perry-Balonier
Major Turner
Human Resources
Payroll

**COPY**