UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**NATALIE AUGENSTEIN,**

      **Plaintiff,**                        Case No. 2:22-cv-3126
                                          **JUDGE EDMUND A. SARGUS, JR.**
   **v.**                                Magistrate Judge Kimberly A. Jolson

**FRANKLIN COUNTY OHIO**
**SHERIFF DALLAS BALDWIN,**

      **Defendant.**

## ORDER

Before the Court is the parties' jointly filed Motion for Stay Order. (ECF No. 23.) The parties have asked the Court to stay the proceedings. For good cause show, the Motion for Stay of Discovery is **GRANTED** until further order of this Court.

      IT IS SO ORDERED.

**7/20/2023**                                                **s/Edmund A. Sargus, Jr.**
**DATE**                                                     **EDMUND A. SARGUS, JR.**
                                                             **UNITED STATES DISTRICT JUDGE**